UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ESTRADA,<br><br>    Petitioner,<br><br>    v.<br><br>KATHLEEN PROSPER,<br><br>    Respondent. | 1:06-CV-0908 AWI DLB HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #12) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On November 21, 2006, respondent filed a motion to extend time to answer the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Respondent is granted to December 27, 2006, to file its answer to the petition for writ of habeas corpus.

    IT IS SO ORDERED.

    Dated: **December 15, 2006**                  **/s/ Dennis L. Beck**
ah0l4d                                          UNITED STATES MAGISTRATE JUDGE