UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ESTRADA,<br><br>　　Petitioner,<br><br>　　v.<br><br>KATHLEEN PROSPER,<br><br>　　Respondent. | 1:06-CV-0908 AWI DLB HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE<br>(DOCUMENT #18) |

　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 29, 2007, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

　　IT IS SO ORDERED.

　　**Dated:   February 20, 2007** 　　　　　　　　**/s/ Dennis L. Beck**
23ehd0　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE