IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ESTRADA,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>KATHLEEN PROSPER,<br><br>　　　　Respondent.<br>_____/ | 1:06-cv-00908-AWI-DLB (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #22)<br><br>(60) SIXTY DAY DEADLINE |

　　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On January 15, 2008, petitioner filed a motion to extend time to file Objections to Findings and Recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Petitioner is granted sixty days from the date of service of this order in which to file objections to findings and recommendations.

　　　　IT IS SO ORDERED.

　　　　Dated:   **January 29, 2008**　　　　　　　　　　 **/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE