1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8    FELIX ESTRADA,                          CV F   06-00908 AWI DLB HC

9                  Petitioner,               ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATION, DENYING PETITION
10         v.                                FOR WRIT OF HABEAS CORPUS,
                                             DIRECTING CLERK OF COURT TO ENTER
11    KATHLEEN PROSPER,                      JUDGMENT IN FAVOR OF RESPONDENT,
                                             AND DECLINING TO ISSUE CERTIFICATE
12                  Respondent.              OF APPEALABILITY    [Doc. 21]

13    _____/

14         Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

15    pursuant to 28 U.S.C. § 2254.

16         On December 10, 2007, the Magistrate Judge issued Findings and Recommendation that

17    the Petition for Writ of Habeas Corpus be DENIED.   This Findings and Recommendation was

18    served on all parties and contained notice that any objections were to be filed within thirty (30)

19    days of the date of service of the order.

20         On February 5, 2008, Petitioner filed timely objections to the Findings and

21    Recommendation.

22         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

23    a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's

24    objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is

25    supported by the record and proper analysis.  Petitioner's objections present no grounds for

26    questioning the Magistrate Judge's analysis.  As explained by the Magistrate Judge, a claim for

27    ineffective assistance must meet the two-part test advanced by the Supreme Court in Strickland

28    v. Washington, 466 U.S. 668, 684 (1984).  First, petitioner must show that counsel "made errors

1

1   so serious that counsel was not functioning as the 'counsel' guaranteed the defendant by the

2   Sixth Amendment.  Second, [petitioner] must show that the deficient performance prejudiced the

3   defense.  Id. at 687.   Here, Petitioner fails to show what evidence counsel would have found and

4   what testimony counsel could have elicited had he done additional investigation, preparation, and

5   questioning.   Plaintiff provides no evidence as to what witnesses would have testified to had

6   they only been called.  See Tinsley v. Borg, 895 F.2d 520, 532 (9th Cir. 1990).   Petitioner's

7   objections simply restate arguments made to the Magistrate Judge and addressed in the Findings

8   and Recommendations.   No additional analysis is necessary.

9           Accordingly, IT IS HEREBY ORDERED that:

10      1.      The Findings and Recommendation issued December 10, 2007, is ADOPTED IN

11              FULL;

12      2.      The Petition for Writ of Habeas Corpus is DENIED;

13      3.      The Clerk of the Court is DIRECTED to enter judgment in favor of Respondent;

14              and,

15      4.      The court declines to issue a Certificate of Appealability.  28 U.S.C. § 2253(c);

16              Slack v. McDaniel, 529 U.S. 473, 484 (2000) (a COA should be granted where

17              the applicant has made "a substantial showing of the denial of a constitutional

18              right," i.e., when "reasonable jurists would find the district court's assessment of

19              the constitutional claims debatable or wrong"; Hoffman v. Arave, 455 F.3d 926,

20              943 (9th Cir. 2006) (same).  In the present case, the Court finds that reasonable

21              jurists would not find it debatable that the state courts' decision denying

22              Petitioner's petition for writ of habeas corpus were not "objectively

23              unreasonable."

24

25   IT IS SO ORDERED.

26   Dated:   May 7, 2008                          /s/ Anthony W. Ishii
                                            UNITED STATES DISTRICT JUDGE

27

28